# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; AND CANNON COCHRAN MANAGEMENT SERVICES, INC.,<br>Appellants,<br>vs.<br>WILLIAM FERGUSON,<br>Respondent. | No. 84044<br><br>**FILED**<br><br>JAN 2 5 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This appeal was docketed on January 10, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellants to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Greenman Goldberg Raby & Martinez
Eighth District Court Clerk

22-02522